UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHANNON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO; DR. MICHAEL FOX; DR. RICHARD BAUER; and DOES 1 through 20,<br><br>　　　　　Defendants. | No. 2:13-cv-1834-TLN-CKD<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME** |

　　　　Good cause shown, Plaintiff Michael Shannon's motion for an extension of time to find a new attorney (ECF No. 53) is GRANTED.[1]  The times to file an amended complaint and responsive pleadings, stated in the Court's previous Order (ECF No. 52), are VACATED.

　　　　Plaintiff may file and serve an amended complaint within 60 days of entry of the instant Order.  Defendants may file a responsive pleading within 30 days of service of the amended complaint.

　　　　If Plaintiff does not file an amended complaint within 60 days, this matter will proceed on

---

[1] Plaintiff states his attorney has a substance abuse problem and has dropped the case, subsequent to the filing of the Second Amended Complaint.  Plaintiff is currently proceeding pro se.

1

the sole claim that was not dismissed by the Court's previous Order (ECF No. 52): deliberate indifference to Plaintiff's medical needs, in violation of the Eighth Amendment and 42 U.S.C. § 1983, against Defendants Dr. Michael Fox and Dr. Richard Bauer. The remaining claims will be dismissed with prejudice.

Dated: December 7, 2015

Troy L. Nunley
United States District Judge